IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

C.G., VALERIE GRIMM,                )
and ERIC GRIMM,                     )
                                    )
          Plaintiffs,               )
                                    )
     v.                             )          1:24-cv-992
                                    )
GUILFORD COUNTY BOARD               )
OF EDUCATION,                       )
                                    )
          Defendant.                )

*******************************

GUILFORD COUNTY BOARD               )
OF EDUCATION,                       )
                                    )
          Plaintiff,                )
                                    )
     v.                             )
                                    )          1:25-cv-281
VALERIE GRIMM, individually         )
and on behalf of C.G., a minor      )
child, ERIC GRIMM, individually     )
and on behalf of C.G., a minor      )
child, and C.G., a minor child,     )
by and through his parents and      )
legal guardians, VALERIE GRIMM      )
and ERIC GRIMM,                     )
                                    )

## ORDER APPROVING MINOR SETTLEMENT

On March 3, 2026, a hearing in the above-styled cases was held before this court on the Parties' Joint Motion for Approval of Minor Settlement, (1:24-cv-992, Doc. 26), (1:25-cv-281, Doc. 19). Having heard representations from the Parties, in accordance with Local Rule 17.1(c), and for the reasons stated

on the record, this court finds the motion should be granted as follows:

1. Valerie Grimm and Eric Grimm are the parents for minor claimant C.G. and are representing and protecting minor claimant C.G.'s interests in these proceedings; all parties are properly represented and are properly before this court; that no question exists as to the misjoinder or non-joinder of other parties; and that the court maintains jurisdiction over the subject matter and the Parties;

2. C.G., by and through his parents, Valerie Grimm and Eric Grimm, filed an action in the North Carolina Office of Administrative Hearings alleging violations of the Individuals with Disabilities Education Improvement Act (IDEA) where they were the prevailing party. The Board filed a new civil action against C.G. and his parents seeking judicial review of the underlying IDEA action in Case Number 1:25-cv-281. Plaintiffs filed the instant action in this court alleging that the Board is civilly liable to Plaintiffs for damages for discrimination and retaliation against Plaintiffs based on C.G.'s disability, and amended to add claims for attorney's fees and costs out of the administrative hearing;

- 2 -

3. The Board defended the action in the North Carolina Office of Administrative Hearings, and Plaintiffs were declared the prevailing party under the IDEA;

4. The Board has denied any liability for damages;

5. The Parties agreed the interests of all parties, including the minor C.G. and his parents Valerie Grimm and Eric Grimm, would be best served by resolution of this matter;

6. The Parties reached the Settlement Agreement, which was provided to and reviewed by the court;

7. The Parties agree that the settlement reached is fair, reasonable, and in the best interests of the Parties, including C.G.;

8. The Settlement Agreement includes certain considerations in exchange for a general release of liability against the Board;

11. Specifically, as part of the Settlement Agreement, the Board has agreed to pay the amount specified in the Settlement Agreement to the Trust Account of Gahagan Paradis, PLLC;

12. The attorneys' fees were accrued in the action Plaintiffs brought in the OAH, the pursuit of this action, and the defense of the action of the Board against the Plaintiffs. The court finds the attorneys' fees set out above to be fair and reasonable; and

13. The settlement is fair, reasonable, and in the best interests of the minor C.G.

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion for Approval of Minor Settlement, (1:24-cv-992, Doc. 26), (1:25-cv-281, Doc. 19), is **GRANTED** and the Settlement Agreement is hereby **APPROVED** by the terms of this Order. Plaintiffs may dismiss this matter in accordance with the terms of the Settlement Agreement.

**IT IS FURTHER ORDERED** that the Joint Motion, (1:25-cv-281, Doc. 18), is **DENIED** as **MOOT.**

This the 4th day of March, 2026.

_____
United States District Judge

- 4 -